Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone: (619) 236-8300
Facsimile: (619) 236-8400
Cellular: (619) 436-8117
KDH@KurtDavidHermansen.com
Attorney for Defendant
**EMMANUEL ESPINOZA-COTA**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EMMANUEL ESPINOZA-COTA,<br>Defendant. | Case No. 08cr1431 JM<br>NOTICE OF MOTION AND MOTION TO:<br>(1) WITHDRAW GUILTY PLEA<br>Date: July 11, 2008 at 10:30 a.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that Defendant, EMMANUEL ESPINOZA-COTA, by and through counsel, Kurt David Hermansen, hereby asks this Court to enter an order granting the following motion:

# <u>MOTION</u>

Defendant, EMMANUEL ESPINOZA-COTA, by and through counsel, Kurt David Hermansen, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

(1) withdrawing his guilty plea.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the Court's consideration of this motion.

Dated: *June 24, 2008*

*s/Kurt David Hermansen*

Attorney for Defendant

Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EMMANUEL ESPINOZA-COTA, Defendant. | ) ) ) ) ) ) ) | Case No. 08cr1431 JM<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF MOTION AND MOTION TO WITHDRAW MR. ESPINOZA-COTA'S GUILTY PLEA.**

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com
**US Attorney CR**
Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *June 24, 2008*

s/*Kurt David Hermansen*

Attorney for Defendant
Email: KDH@KurtDavidHermansen.com