Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone: (619) 236-8300
Facsimile: (619) 236-8400
Cellular: (619) 436-8117
KDH@KurtDavidHermansen.com
Attorney for Defendant
**EMMANUEL ESPINOZA-COTA**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EMMANUEL ESPINOZA-COTA,<br>Defendant. | Case No. 08cr1431 JM<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW GUILTY PLEA |

## I. <u>STATEMENT OF FACTS</u>

On April 9, 2008, a complaint was filed against Mr. Espinoza-Cota charging him with one count of importation of marijuana, in violation of 21 U.S.C.§§ 952 and 960. On May 6, 2008, Mr. Espinoza-Cota waived indictment and was charged, via information, with one count of importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. On May 27, 2008, Mr. Espinoza-Cota entered a guilty plea to the one count in the information. His guilty plea was taken by the Honorable United Stats Magistrate Judge Anthony J. Battaglia. Judge Battaglia issued a recommendation that the guilty plea be accepted by the district court. As of the filing

of this motion, the district court has not yet accepted Mr. Espinoza-Cota's guilty plea. Acceptance of plea and sentencing are set for August 29, 2008, at 9 a.m.

Mr. Espinoza-Cota now wishes to withdraw his guilty plea, and hereby does so. He requests an order reflecting the withdrawal of his guilty plea with the filing of this motion.

## II. MR. ESPINOZA-COTA HAS AN ABSOLUTE RIGHT TO WITHDRAW HIS GUILTY PLEA

Pursuant to the Federal Rules of Criminal Procedure, Mr. Espinoza-Cota has an absolute right to withdraw his guilty plea at any time before the district court has accepted such plea. The relevant rule reads in pertinent part: "A defendant may withdraw [his] plea of guilty before the [district] court [judge] accepts [his] plea, for any reason or no reason" at all. FED. R. CRIM. P. 11(d)(1).

The language in Rule 11(d)(1) is plain, but it is worth noting that the Ninth Circuit has previously adopted the plain meaning of Rule 11(d) (previously Rule 32(e)). *See United States v. Alvarez-Tautimez*, 160 F.3d 573, 576 (9th Cir. 1998) (holding that then rule 32(e)'s "fair and just" standard did not apply to a defendant who attempt[ed] to withdraw his guilty plea prior to [the] district court['s] acceptance, and that the defendant had an absolute right to withdraw his guilty plea before the district court accepted it) (cited with approval by *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

Other circuits that have analyzed the current language of Rule 11(d) have also adopted its plain meaning. *See e.g. United States v. Jones*, 472 F.3d 905, 908 (D.C. Cir. 2007) (finding that under Rule 11(d), the district court has "***no discretion*** to deny a pre-acceptance withdrawal of a guilty plea") (emphasis added); and *United States v. Head*, 340 F.3d 628, 630 (8th Cir. 2003) (holding that [u]nder Rule 11(d), a criminal defendant is allowed to withdraw a guilty plea for any reason (or no reason at all) until the time the [district] court accepts the plea").

Here, the district court has not yet accepted Mr. Espinoza-Cota's guilty plea. As such, under Rule 11(d)(1), he is free to withdraw his plea for any reason. Mr. Espinoza-Cota hereby withdraws his guilty plea.

## III. CONCLUSION

For the foregoing reasons, Mr. Espinoza-Cota respectfully requests the Court grant the above motion.

Respectfully submitted,

Dated: *June 24, 2008*

s/ *Kurt David Hermansen*

Attorney for Defendant
Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

EMMANUEL ESPINOZA-COTA,
Defendant.

Case No. 08cr1431 JM (AJB)

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW GUILTY PLEA**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com
**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *June 24, 2008*

s/*Kurt David Hermansen*
Attorney for Defendant
Email: KDH@KurtDavidHermansen.com