# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
)
)
EMMANUEL ESPINOZA-COTA )
)

CASE NUMBER 08CR1431

ABSTRACT OF ORDER

Booking No. 06197298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/24/08

the Court entered the following order:

X Defendant be released from custody. AS TO THIS CASE ONLY!

_______ Defendant placed on supervised / unsupervised probation / supervised release.

_______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_______ Defendant released on $_______ bond posted.

_______ Defendant appeared in Court. FINGERPRINT & RELEASE.

_______ Defendant remanded and ( _______ bond) ( _______ bond on appeal) exonerated.

_______ Defendant sentenced to TIME SERVED, supervised release for _______ years.

_______ c.c. judgment Court of Appeals ( _______ affirming) ( _______ reversing) decision of this Court: _______ dismissing appeal filed.

_______ Bench Warrant Recalled.

_______ Defendant forfeited collateral.

X Case Dismissed.

_______ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. CHARGES PENDING IN 08CR2303-JM

Leo S. Papas

UNITED STATES MAGISTRATE JUDGE

OR

Received [signature] DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature] Deputy Clerk
J. JARABEK

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY