**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED 2008 JUL 29 AM 9:09
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

FILED 2008 JUL 25 AM 8:48
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,
vs.
EMMANUEL ESPINOZA-COTA,
Defendant.

CASE NO. 08CR1431-JM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 24, 2008

LEO S. PAPAS
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 7/28/08

United States Marshal

By: [signature]
USMS Criminal Section

ENTERED ON ____________